# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| MATTHEW FOURTH<br><br>  PLAINTIFFS,<br>  VS.<br><br>CITY OF CINCINNATI, ET AL.,<br>  DEFENDANTS. | CASE NO: C-1-02-0203<br><br>JUDGE: Susan J. Dlott |

## STIPULATED ENTRY OF DISMISSAL

PLEASE TAKE NOTICE, that, pursuant to Federal Civil Rule 41(A)(1), and by stipulation of the parties, Plaintiffs do hereby voluntarily dismiss all claims pertaining to Defendants herein without prejudice and that the claims may be re-filed subject to all pertinent state and federal law.

Respectfully submitted,

| | |
|---|---|
| /s/John J. Helbling | /s/ Thomas J. Harris |
| John J. Helbling 0046727 | Thomas J. Harris III  0065946 |
| Trial Attorney For Plaintiffs | Defense Counsel for the City of |
| THE HELBLING LAW FIRM LLC | Cincinnati |
| 3672 Springdale Road | Assistant City Solicitor |
| Cincinnati, Ohio 45251 | Office of the Cincinnati City Solicitor |
| Telephone: (513) 923-9740 | 801 Plum Street - City Hall |
| Fax:(513) 923-9741 | Room 226 |
| | Cincinnati, Ohio  45202 |
| | (513)  352-3321 |

## *Certificate of Service*

      I certify that by regular U. S. Mail, on September 26, 2003, I served a true copy of this Entry on:

Thomas J. Harris III  0065946
Defense Counsel for the City of Cincinnati
Assistant City Solicitor
Office of the Cincinnati City Solicitor
801 Plum Street - City Hall
Room 226
Cincinnati, Ohio  45202
(513)  352-3321

                                    /s/  John J. Helbling
                                    John J. Helbling, Esq.
                                    Attorney for Plaintiff